IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON DAY,

      Petitioner,                      No. CIV S-10-1374 EFB P

    vs.

RICHARD B. IVES,

      Respondent.                 <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On June 17, 2010, the court found that petitioner had failed to either pay the filing fee, as required by 28 U.S.C. § 1914(a) or requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). The court ordered petitioner to submit an application for leave to proceed *in forma pauperis* or to submit the filing fee within thirty days. That order warned petitioner that failure to do so could result in dismissal.

////

////

1

1   The 30-day period has expired and plaintiff has not paid the filing fee, submitted an
2   application to proceed *in forma pauperis* or otherwise responded to the court's order.
3   It therefore is ORDERED that this action is dismissed without prejudice.
4   Dated: August 26, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE